IN THE SUPREME COURT OF TEXAS

 No. 10-0413

 IN RE CHRISTUS HEALTH AND CHRISTUS HEALTH GULF COAST

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for temporary relief, filed June 1,
2010, is granted in part. The trial court's discovery order dated May 19,
2010 with regards to Requests for Production Nos. 1-5 and 7, in Cause No.
2005-36179, styled Linda G. Carswell, individually and as representative of
the Estate of Jerry L. Carswell, deceased, Robert J. Carswell, and Jordan
D. Carswell v. Christus Health and Christus Health Gulf Coast d/b/a
Christus St. Joseph Hospital, Christina K. Pramudji, M.D., Paul C. Cook,
M.D., Memorial Urology Associates, P.A., Jeffrey W. Terrel, M.D., Roupen H.
Kekmezian, M.D., and SJ Associated Pathology, L.C., in the 165th District
Court of Harris County, Texas, is stayed pending further order of this
Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 2, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk